```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 06171
    IGNACIO G RAMIREZ
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9078


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/14/2008 and was not confirmed.

     The case was dismissed without confirmation 06/11/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
 WELLS FARGO HOME MORTGAG  NOTICE ONLY     NOT FILED          .00           .00
 AAM INC                   UNSECURED       NOT FILED          .00           .00
 ABC FINANCIAL SERVICES    UNSECURED       NOT FILED          .00           .00
 NATIONAL CITY BANK ~      UNSECURED        1162.88           .00           .00
 AMERICAN FAMILY INSURANC  UNSECURED       NOT FILED          .00           .00
 CCS FIRST SAVINGS BANK    UNSECURED       NOT FILED          .00           .00
 DEVON FINANCIAL SERVICE   UNSECURED        1042.50           .00           .00
 FIRST NAITONAL CREDIT/LE  UNSECURED       NOT FILED          .00           .00
 PREMIER BANKCARD          UNSECURED         411.11           .00           .00
 FIRST USA BANK            UNSECURED       NOT FILED          .00           .00
 GMAC                      UNSECURED        4638.28           .00           .00
 T MOBILE BANKRUPTCY DEPT  UNSECURED       NOT FILED          .00           .00
 HARTFORD INSURANCE COMPA  UNSECURED       NOT FILED          .00           .00
 HSBC NV/GM CARD           UNSECURED       NOT FILED          .00           .00
 JEFFERSON CAPITAL SYSTEM  UNSECURED         580.49           .00           .00
 IMAGINE MASTERCARD        UNSECURED       NOT FILED          .00           .00
 EMERGENCY ROOM PHYSICIAN  UNSECURED       NOT FILED          .00           .00
 LIGHTHOUSE FINANCIAL GRO  UNSECURED        2842.25           .00           .00
 MIDNIGHT VELVET           UNSECURED         262.81           .00           .00
 ILLINOIS MASONIC MEDICAL  UNSECURED       NOT FILED          .00           .00
 NELNET INC                UNSECURED       NOT FILED          .00           .00
 EDUCATIONAL CREDIT MGMT   UNSECURED       37849.73           .00           .00
 OVERLAND BOND & INVESTME  UNSECURED       NOT FILED          .00           .00
 PRAIRIE EMERGENCY SERVIC  UNSECURED       NOT FILED          .00           .00
 PROFESSIONAL HEALTH ASSO  UNSECURED       NOT FILED          .00           .00
 PROVENA ST JOSEPH MEDICA  UNSECURED       NOT FILED          .00           .00
 VILLAGE OF CHICAGO RIDGE  UNSECURED         250.00           .00           .00
 RMS                       UNSECURED       NOT FILED          .00           .00
 SBC                       UNSECURED       NOT FILED          .00           .00
 SEVENTH AVENUE            UNSECURED       NOT FILED          .00           .00
 T MOBILE                  UNSECURED        1153.93           .00           .00
 MEDICAL CLINICS OF AMERI  UNSECURED       NOT FILED          .00           .00
 USA PAYDAY LOAN           UNSECURED       NOT FILED          .00           .00
 VERIZON WIRELESS          UNSECURED       NOT FILED          .00           .00
 WILL COUNTY HEALTH DEPT   UNSECURED       NOT FILED          .00           .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 06171 IGNACIO G RAMIREZ
```

```
WILL COUNTY MEDICAL ASSO  UNSECURED      NOT FILED               .00           .00
COOK COUNTY TREASURER     NOTICE ONLY    NOT FILED               .00           .00
WELLS FARGO MORTGAGE      CURRENT MORTG        .00               .00           .00
WELLS FARGO MORTGAGE      MORTGAGE ARRE   30442.63               .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED               .00           .00
COOK COUNTY TREASURER     SECURED              .00               .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY     3,074.00                             .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS                DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                          ---------------      ---------------
TOTALS                           .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 09/24/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 06171 IGNACIO G RAMIREZ